UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

ROLAND JACKSON,           )
                          )
    Plaintiff(s),         )
                          )
v.                        )   Case No. 2:06CV41 DDN
                          )
JIM MOORE, et al.,        )
                          )
    Defendant(s).         )

## CORRECTED ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of this Court's August 22, 2006, Order dismissing this action, without prejudice, and for leave to amend the complaint is **DENIED**.[1]

Dated this 13th day of October, 2006.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

---

[1] As this Court previously stated in its Order and Memorandum of August 22, 2006 [Doc. #5], a favorable ruling on plaintiff's 42 U.S.C. § 1983 claim that he was unjustly disciplined would necessarily imply the invalidity of his future confinement. Thus, at this time and after exhausting available state remedies, habeas corpus is plaintiff's sole federal remedy. If plaintiff should ultimately prevail on his federal habeas challenge, he may then consider bringing a § 1983 action for monetary damages. See Heck v. Humphrey, 512 U.S. 477 (1994).